IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUINN DAVIS-BROWN, <br><br> Plaintiff, <br><br> v. <br><br> FOREMOST INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:13-CV-208-MHC |

ORDER

This is a case brought by Plaintiff alleging that Defendant[1] discriminated against her on the basis of her race in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. It is before the Court on the Report and Recommendation [Doc. 103] of Magistrate Judge Justin S. Anand recommending

---

[1] Plaintiff previously amended her Complaint [Doc. 20] by dismissing all claims against "Foremost Insurance Company" and substituting "Farmers Group, Inc." as the proper named Defendant. However, because Plaintiff never amended the caption of her Complaint, it has continued with the previously dismissed former defendant's name. The resolution of Defendant Farmers Group, Inc.'s Motion for Summary Judgment in this Order resolves all of Plaintiff's pending claims before this Court.

that Defendant's Motion for Summary Judgment [Doc. 82] be granted. No objections have been filed to the Report and Recommendation.

After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Motion for Summary Judgment filed by Defendant Farmers Group, Inc. [Doc. 82] is hereby **GRANTED**, and this action is **DISMISSED**.

**IT IS SO ORDERED** this 27th day of February, 2015.

_____
MARK H. COHEN
United States District Judge